# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00198-CR

**Kimberly Charlene Martin, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-406, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In the above cause, the State's brief was first due on May 25, 2017, and the State has been granted two extensions, for a total of 62 days. The State has now filed a third motion for extension of time, seeking an additional 30 days to file its brief, which would make the brief due on August 25, 2017. In the motion, counsel for the State represents that, "[b]arring unexpected extenuating circumstances, no further extensions will be requested." We grant the motion and extend the deadline to the following Monday, August 28, 2017. No further extensions will be granted.

It is ordered on August 4, 2017.

Before Chief Justice Rose, Justices Pemberton and Goodwin

Do Not Publish